IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF HARADA, et al.,<br><br>Defendants. | Cause No. CV 20-81-GF-SPW<br><br><br>ORDER |

On September 14, 2020, Plaintiff Fourstar moved to proceed in forma pauperis with this action alleging violation of various rights by more than 35 defendants on various dates, in various locations, and in various ways, between March 5, 2020, and September 10, 2020.

On February 5, 2021, the Court severed some claims, retaining in this action only Fourstar's claims dating from March 5 to July 9, 2020. The Court also denied Fourstar's motion for leave to proceed in forma pauperis and ordered him to pay the full filing fee of $400.00 on or before February 26, 2021. Fourstar did not respond to the Order.

1

Accordingly, IT IS ORDERED that this action is DISMISSED. By separate document, the clerk shall enter a judgment of dismissal.

DATED this 5th day of May, 2021.

Susan P. Watters
United States District Judge