IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF HARADA, et al.,<br><br>Defendants. | Cause No. CV 20-81-GF-SPW<br><br><br>ORDER |

On September 14, 2020, Plaintiff Fourstar moved to proceed in forma pauperis with this action alleging violation of various rights by more than 35 defendants on various dates, in various locations, and in various ways, between March 5, 2020, and September 10, 2020.

On February 5, 2021, the Court severed some claims, retaining in this action only Fourstar's claims dating from March 5 to July 9, 2020. The Court also denied Fourstar's motion for leave to proceed in forma pauperis and ordered him to pay the full filing fee of $400.00 by February 26, 2021. *See* Order (Doc. 7) at 3–4, 5 ¶¶ 3–4.

Fourstar did not respond to the Order. On May 5, 2021, the case was dismissed for failure to pay the filing fee. *See* Order (Doc. 9); Judgment (Doc. 10).

1

Fourstar now requests an extension of time and seeks to reopen the case on the grounds that he "did not receive the Court's 2/5/21 order." Fourstar Aff. (Doc. 11) at 3 ¶ 2. Fourstar did, however, receive the Court's Order of May 5, 2021. It stated that his motion to proceed in forma pauperis had been denied and he was required to "pay the full filing fee of $400.00 on or before February 26, 2021." Order (Doc. 9) at 1–2.

Fourstar did not include the filing fee with his current motions. This action is closed and will not be reopened.

Accordingly, IT IS ORDERED that Fourstar's motions to reopen the case (Docs. 11, 12) are DENIED.

DATED this 25th day of May, 2021.

Susan P. Watters
United States District Judge